IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUBERT JACKSON,<br>    Petitioner,<br><br>v.<br><br>GERALD L. ROZUM, et al.,<br>    Respondents. | Civil Action No. 11-1595 |

O R D E R

AND NOW, this 25th day of January, 2012, after a petition for a writ of habeas corpus was filed by the petitioner, Hubert Jackson, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was accorded a time period in which to file written objections to it, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Hubert Jackson for a writ of habeas corpus is transferred forthwith to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631 as a successive petition.

/s/ Joy Flowers Conti
United States District Judge